1  TRINETTE G. KENT (State Bar No. 025180)
2  10645 North Tatum Boulevard
   Suite 200-192
3  Phoenix, AZ 85028
4  Telephone: (480) 247-9644
   Facsimile: (480) 717-4781
5  E-mail: tkent@lemberglaw.com

6
7  Of Counsel to
   Lemberg Law, LLC
8  A Connecticut Law Firm
   1100 Summer Street
9  Stamford, CT 06905
10 Telephone: (203) 653-2250
   Facsimile: (203) 653-3424
11
12 Attorneys for Plaintiff,
   Kathleen Batchelder
13

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Batchelder,<br><br>    Plaintiff,<br><br>    vs.<br><br>Convergent Outsourcing, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:14-cv-00812-PHX-BSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF DISMISSAL

Kathleen Batchelder ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action against Convergent Outsourcing, Inc.; and DOES 1-10, inclusive, with prejudice, and both parties to bear their own fees and costs.


LEMBERG LAW, LLC

 */s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On June 25, 2014, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 25, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.<br>Tel.: | **Attorney for Defendants Convergent Outsourcing, Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 25, 2014.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff